(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Defendant, Jarvis Phelps

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO.: 1:07-CR-00073 LJO** |
| ) | |
| Plaintiff, ) | **STIPULATION** |
| ) | **TO CONTINUE STATUS** |
| vs. ) | **CONFERENCE** |
| ) | |
| ) | REQUEST DENIED |
| ) | |
| JARVIS PHELPS, ) | Date: May 18, 2007 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | HON. LAWRENCE J. O'NEILL |
| ) | Dept: 4 |

On April 20, 2007, at the Status Conference in the above-captioned matter, the hearing was continued four (4) weeks to allow counsel time to review discovery and possible case resolution.  Counsel requests an additional two weeks in which to review discovery, conduct investigation and engage in possible resolution with the Government.

IT IS HEREBY STIPULATED by and between defendant, Jarvis Phelps, and the United States of America, through the undersigned counsel, that the date for the Status Conference be continued from May 18, 2007, to June 1, 2007, in order to allow defense additional time to investigate the matter and engage in negotiations with the Government.

The parties further agree that this additional time period be excluded from Speedy Trial pursuant to Tile 18, U.S.C. §3161(h)(8)(A).

///

1   ///

2   DATED:  May 16, 2007

3                                                    /s/ Harry M. Drandell
                                              HARRY M. DRANDELL,
4                                              Attorney for Defendant, Jarvis Phelps

5   DATED:  May 16, 2007

6                                                    /s/ Kevin P. Rooney
                                              KEVIN P. ROONEY
7                                              Attorney for Plaintiff, United States of America

8

9   THE STIPULATED REQUEST IS DENIED.  COUNSEL WERE GIVEN FOUR WEEKS TO
    ACCOMPLISH THAT FOR WHICH AN ADDITIONAL TWO WEEKS IS NOW REQUESTED.
10  WITHOUT AN EXPLANATION WHY THE FOUR WEEKS WAS NOT SUFFICIENT, GOOD
    CAUSE FOR A FURTHER CONTINUANCE DOES NOT EXIST.
11
    IT IS SO ORDERED.
12
    **Dated:    May 16, 2007**                      **/s/ Lawrence J. O'Neill**
13                                              UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2