**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR    Defendant, Jarvis Phelps

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| UNITED STATES OF AMERICA, | ) | **CASE NO.: 1:07-CR-00073 LJO** |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | ) | Date: February 15, 2008 |
| JARVIS PHELPS, | ) | Time: 9:00 a.m. |
| | ) | HON. LAWRENCE J. O'NEILL |
| Defendant. | ) | Dept. 4 |

IT IS HEREBY STIPULATED by and between defendant, Jarvis Phelps, and the United States of America, through the undersigned counsel, that the date for the defendant's Sentencing Hearing be continued from February 15, 2008, to May 2, 2008.

The parties further agree that this additional time period be excluded from Speedy Trial pursuant to Title 18, U.S.C. §3161(h)(8)(A).

DATED: January 14, 2008      /s/ Harry M. Drandell
                              HARRY M. DRANDELL,
                              Attorney for Defendant, Jarvis Phelps

DATED: January 14, 2008      /s/ Kevin P. Rooney
                              KEVIN P. ROONEY
                              Attorney for Plaintiff, United States of America

///

1  The Court has been provided with information from both counsel to justify both the continuance and
2  the exclusion of time.  The Sentencing Hearing in the above-captioned matter is continued from
3  February 15, 2008, to May 2, 2008 pursuant to stipulation between counsel.
4  IT IS SO ORDERED.

5  **Dated:    January 15, 2008**              /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE